UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON KATH, on behalf of himself and all other persons similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MIDLAND FUNDING, LLC.<br><br>*Defendant.* | Civil Action No. 14-14184-MLW |
| VIRGINIA NEWTON, on behalf of himself and all other persons similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MIDLAND FUNDING, LLC.<br><br>*Defendant.* | Civil Action No. 16-10727-MLW |

## NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached an agreement in principle to resolve the above-captioned actions, and request that the Court issue a 60-day settlement order of dismissal.

Respectfully submitted,
Plaintiff,

JOHNSON KHATH
VIRGINIA NEWTON
By their attorneys,

*/s/ Kenneth D. Quat*
BBO#408640
QUAT LAW OFFICES
929 Worcester Rd.
Framingham MA 01701
508-872-1261
ken@quatlaw.com

*/s/ Josef C. Culik*
Josef C. Culik
BBO#672665
CULIK LAW, P.C.
225 Franklin St., 26th Floor
Boston MA 02114
617-830-1795
jculik@culiklaw.com

.

Respectfully submitted,
Defendant,

MIDLAND FUNDING, LLC.
By its attorneys,

*/s/Gordon P. Katz (BBO #261080)*
Benjamin M. McGovern (BBO #661611)
Stephen P. Hall (BBO #679583)
HOLLAND & KNIGHT LLP
10 Saint James Avenue
Boston, MA 02116
gordon.katz@hklaw.com
benjamin.mcgovern@hklaw.com
stephen.hall@hklaw.com

William T. Bogaert, BBO# 546321
Erik J. Tomberg, BBO# 669413
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300
william.bogaert@wilsonelser.com
erik.tomberg@wilsonelser.com

Dated: November 5, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2018, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants.

                                            */s/Kenneth D. Quat*

#61219963_v1